## Mary Saluto, Appellee, v. Publix Great States Theaters, Inc., Appellant.

### Gen. No. 9,960.

opinion filed July 20, 1944; rehearing denied October 4, 1944. Cassidy, Sloan & Crutcher, for appellant; C. B. Ullrick, for appellee. Opinion by JUSTICE WOLFE. **Not to be published in full.**

## Frank P. Burnett et al., Appellants, v. Mary E. Walzer et al., Appellees.

### Gen. No. 42,706.

opinion filed September 11, 1944. John C. DeWolfe, Robert E. Dowling, Aaron Soble, Shaffer & Freedman and Ryan, Condon & Livingston, all of Chicago, for appellants; John C. DeWolfe and Aaron Soble, both of Chicago, of counsel; Campbell, Clithero & Fischer, of Chicago, for appellees; Delbert A. Clithero and Carlton L. Fischer, both of Chicago, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.**